AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>EIGHT U.S. POSTAL PARCELS LOCATED AT THE WASHINGTON GENERAL MAIL FACILITY IN WASHINGTON, D.C. UNDER RULE 41 | ) ) ) ) ) ) ) Case No. 22-SW-128 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
CONTRABAND AND/OR CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____      [signature] 2022.05.06 15:30:18 -04'00'
                                             *Judge's signature*

City and state:  Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 22-SW-128 | Date and time warrant executed: 5-6-22 @ 3:50 PM | Copy of warrant and inventory left with: U.S.P.S |
|---|---|---|

Inventory made in the presence of: INSP J Branigan

Inventory of the property taken and name(s) of any person(s) seized:

See Attached Copy

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-9-22

*Executing officer's signature*

James Ussery Postal Inspector

*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (P) 9505 5158 8394 2122 8990 18 | Approximately 240 grams of a green, leafy, plantlike substance, suspected to be marijuana inside one heat sealed bag. |
| 2. | (E) EI 297 273 549 US | Approximately 590 grams of a large amount of blue labeled "M 30 pills" (suspected fentanyl) inside one black heat sealed bag, and parcel wrappings. |
| 3. | (E) EI 255 667 165 US | Approximately 490 grams of a green, leafy, plantlike substance, suspected to be marijuana inside one heat sealed bag. |
| 4. | (E) EI 279 277 779 US | No CDS or CDS Proceeds Return to Mail stream |
| 5. | (E) EJ 271 260 401 US | Approximately 945 grams of a green, leafy, plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 6. | (E) 9470 1111 0803 6467 0378 24 | Approximately 1620 grams of a green, leafy, plantlike substance, suspected to be marijuana inside twelve (12) heat sealed bags. |
| 7. | (E) 9470 1361 0936 1259 8769 95 | Approximately 1015 grams of a green, leafy, plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 8. | (E) EJ 836 973 141 US | Approximately 1970 grams of a green, leafy, plantlike substance, suspected to be marijuana inside four heat sealed bags. |